1  **TOSTRUD LAW GROUP, P.C.**
2  JON A. TOSTRUD
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
4  Tel: (310) 278-2600
   Fax: (310) 278-2640
5  Email: jtostrud@tostrudlaw.com

6
   **GAINEY McKENNA & EGLESTON**
7  GREGORY M. EGLESTON
8  440 Park Avenue South, 5th Floor
   New York, New York 10016
9  Tel: (212) 983-1300
10 Fax: (212) 983-0383
   Email: gegleston@gme-law.com
11
12 *Attorneys for Plaintiff*

13        **UNITED STATES DISTRICT COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**
14

15 DENNIS E. EMOND, Derivatively on
   Behalf of IZEA WORLDWIDE, INC.,
16                                          Case No. 2:18-cv-9040
17              Plaintiff,

18      v.
                                            **PLAINTIFF'S UNOPPOSED**
19 EDWARD H. MURPHY, RYAN S.                **MOTION FOR FINAL APPROVAL**
20 SCHRAM, BRIAN W. BRADY, JOHN             **OF SETTLEMENT**
   H. CARON, LINDSAY A. GARDNER,
21 JILL M. GOLDER, and DANIEL R.            DATE: December 16, 2019
                                            TIME: 8:30 a.m.
22 RUA,                                     JUDGE: Hon. John A. Kronstadt
                                            CTRM: 10B
23              Defendants,
24
     and,
25
26 IZEA WORLDWIDE, INC.,
27              Nominal Defendant.
28

Pursuant to Federal Rule of Civil Procedure 23.1(c), and upon the Stipulation of Settlement dated and filed with the Court on March 6, 2019 (Docket Nos. 33, 33-1, 33-2, 33-3, 33-4) (the "Stipulation"),[1] plaintiff Dennis E. Emond ("Plaintiff Emond"), derivatively on behalf of IZEA Worldwide, Inc. ("IZEA" or "the Company"), respectfully submits this Unopposed Motion for Final Approval of Settlement, which moves this Court for entry of a final Judgment in the form attached as Exhibit D to the Stipulation (the Parties' proposed "Final Order and Judgment"):

    1. Granting final approval of the proposed Settlement on the terms set forth in the Stipulation;

    2. Finally approving Plaintiffs' Counsel's mutually agreed upon Fee and Expense Award and the Service Awards to Plaintiff Emond and Plaintiff Stuart.[2]

For the reasons set forth in the Stipulation, this Motion, and the accompanying Memorandum of Points and Authorities in Support thereof, and the accompanying Declaration of Timothy Brown in Support thereof, Plaintiff Emond respectfully requests that the Court find that the proposed Settlement merits final approval and enter the Final Order and Judgment.

Dated: November 12, 2019

By: /s/ Jon A. Tostrud
Jon A. Tostrud
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
Fax: (310) 278-2640
Email: jtostrud@tostrudlaw.com

Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Stipulation.
[2] Plaintiff Stuart is the named plaintiff in *Stuart v. Murphy, et al.*, Case No. A-18-777135-C, filed in the Eighth Judicial District Court of the State of Nevada, Clark County, which is also being settled as part of this proposed settlement.

PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF SETTLEMENT

440 Park Avenue South, 5th Floor
New York, New York 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-law.com

***Attorneys for Plaintiff Dennis E. Emond***