UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-09040 JAK (JEMx) | Date | December 16, 2019 |
| Title | Dennis E. Emond v. Edward H. Murphy, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Gregory M. Egleston | Daniel J. Stephenson |
| | Nicole C. Mueller |

Proceedings: **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 57)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (the "Motion"). The analysis of the substantive issues is the same as that addressed in the prior Order granting the Plaintiff's Motion for Preliminary Approval of Shareholder Settlement. Dkt. 55. That Order is incorporated here by this reference. There have been no objections or opt outs by any members of the Class. Further, the issues raised in that Order as to the amount of the award of attorney's fees to counsel for the Class has been adequately addressed in the submissions made in support of the Motion. Dkts. 57-2, 57-3, 57-4, 57-5. Thus, a review shows that the lodestar calculation supports the proposed award of $300,000 in attorney's fees and expenses as well as the $1500 service awards for both plaintiffs to be paid from the fee and expense award. Although certain downward adjustments to the lodestar amount would be appropriate, they would not result in a reduction below $300,000. Counsel address the Court. The Court adheres to its tentative views and **GRANTS** the Motion. Counsel shall file a stipulated dismissal of this action upon issuance of payments as required by the settlement agreement. Counsel shall file such a stipulation on or before January 13, 2020.

**IT IS SO ORDERED.**

                                                                : 07

                                        Initials of Preparer    ak