1

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA
9

10  DENNIS E. EMOND, Derivatively on          Case No. 2:18-cv-9040-JAK-JEM
    Behalf of IZEA WORLDWIDE, INC.,
11

12              Plaintiff,                     **ORDER RE STIPULATION OF**
                                               **DISMISSAL (DKT. 61)**
13
           v.
14                                             <mark>JS-6</mark>

15  EDWARD H. MURPHY, RYAN S.
    SCHRAM, BRIAN W. BRADY, JOHN
16  H. CARON, LINDSAY A. GARDNER,
    JILL M. GOLDER, and DANIEL R.
17  RUA,

18
                Defendants,
19

20   and,

21
    IZEA WORLDWIDE, INC.,
22
                Nominal Defendant.
23

24

25

26

27

28

1     Based upon a review of the stipulation to dismiss this action with prejudice

2   (the "Stipulation"), the Court finds good cause has been shown to **GRANT** the

3   Stipulation. Accordingly, the Court orders this case dismissed with prejudice.

4
5        IT IS SO ORDERED.

6
7   Dated: January 13, 2020      _____

8                                JOHN A. KRONSTADT
                                 UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28